**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): ________________________ Chapter 15

☐ Check if this is an amended filing

# Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**

M&G México Holding, S.A. de C.V.

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other ___________________________. Describe identifier _____________________________.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other ___________________________. Describe identifier _____________________________.

3. **Name of foreign representative(s)**

Luis Rafael Apperti Llovet

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

Concurso Mercantil No. 53/2019, commenced in Mexico City on March 12, 2019

5. **Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Board resolutions appointing foreign representative, and a certified English translation (and Spanish version) of order commencing foreign proceeding.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor M&G México Holding, S.A. de C.V.
Name

Case number (*if known*) ____________________

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Mexico

**Debtor's registered office:**

Petrocel Km 2, Puerto Industrial
Number Street

____________________
P.O. Box

Altamira Tamaulipas 89603
City State/Province/Region ZIP/Postal Code

Mexico
Country

**Individual debtor's habitual residence:**

____________________
Number Street

____________________
P.O. Box

____________________
City State/Province/Region ZIP/Postal Code

____________________
Country

**Address of foreign representative(s):**

Petrocel Km 2, Puerto Industrial
Number Street

____________________
P.O. Box

Altamira Tamaulipas 89603
City State/Province/Region ZIP/Postal Code

Mexico
Country

**10. Debtor's website** (URL) ____________________

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

- ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
- ☐ Partnership
- ☐ Other. Specify: ____________________

☐ Individual

Debtor M&G México Holding, S.A. de C.V. Case number (if known)______
Name

**12. Why is venue proper in *this district*?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

______.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

See Verified Petition. ASSETS LOCATED IN MANHATTAN, NEW YORK

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ [signature] Luis Rafael Apperti Llovet
Signature of foreign representative Printed name

Executed on ______
MM / DD / YYYY

✘ ______ ______
Signature of foreign representative Printed name

Executed on 04/21/2019
MM / DD / YYYY

**14. Signature of attorney**

✘ [signature] Date 04/21/2019
Signature of Attorney for foreign representative MM / DD / YYYY

CRAIG A. WOLFE
Printed name

Morgan, Lewis & Bockius LLP
Firm name

101 Park Avenue
Number Street

New York NY 10178
City State ZIP Code

(212) 309-6000 CRAIG.WOLFE@MORGANLEWIS.COM
Contact phone Email address

4412334 NY
Bar number State

**Response to Question 8**
**on Chapter 15 Petition (Official Form 410)**

I. All persons or bodies authorized to administer foreign proceedings of the debtor:

Luis Rafael Apperti Llovet, who is the Foreign Representative duly appointed by the debtor's board of directors pursuant to resolutions attached to such Foreign Representative's declaration on file in the lead chapter 15 case for the debtor and its affiliate for which joint administration is being sought. He has the following notice address:

**Luis Rafael Apperti Llovet**
M&G Polímeros México, S.A. de C.V.
Petrocel Km 2, Puerto Industrial
Altamira Tamaulipas 89603
Mexico

II. All parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition: None.

III. All entities against whom provisional relief is being sought under section 1519 of the Bankruptcy Code:

**Pension Benefit Guaranty Corporation**, which has the following notice address:

Courtney L. Morgan
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005
(202) 326-4020, ext. 3738
morgan.courtney@pbgc.gov