UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>M&G MÉXICO HOLDING, S.A. de C.V., *et al*.[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-11223 (MEW)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION (I) TO ENFORCE THE MEXICAN PLAN AND APPROVAL ORDER, AND (II) TO CLOSE THESE CHAPTER 15 CASES**

Upon consideration of the *Motion of the Foreign Representative for an Order to (I) Enforce the Mexican Plan of Reorganization and Related Documents; (II) Close the Chapter 15 Cases; and (III) Grant Related Relief* (the "Motion")[2] and the supporting documents thereto, and due and sufficient notice of the Motion having been given; and no objections or responses to the Motion having been filed; and it appearing that the relief requested in the Motion is in the best interests of M&G Mexico and other parties in interest in the Chapter 15 Cases; and after due deliberation and sufficient cause appearing therefor,

**THIS COURT FINDS AND CONCLUDES THAT:**

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334 and section 1501 of the Bankruptcy Code.

B. This is a core proceeding pursuant to 28 U.S.C. §§ 157, 1334 and Section 1501 of the Bankruptcy Code. Venue is proper pursuant to 28 U.S.C. § 1410.

C. Appropriate notice of the Motion was given, which notice is adequate for all purposes, and no other or further notice need be given.

[1] Jointly administered with *In re M&G Polimeros Mexico, S.A. de C.V.*, Case No. 19-11224 (MEW).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

D. The Plan has been approved pursuant to the Concurso Plan Approval Order and the Plan and the Concurso Plan Approval Order are entitled to recognition and enforcement in the United States.

E. The Court has determined that upon entry of this Order the Chapter 15 Cases will have been fully administered, and that the relief requested is appropriate and necessary to effectuate the purposes of chapter 15 of title 11 of the United States Code.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. M&G Mexico's Plan and Concurso Plan Approval Order are hereby recognized, granted comity, and given full force and effect in the United States, on a final basis, and are binding on and enforceable against all parties in the United States subject to this Court's jurisdiction, regardless of whether they filed claims against M&G Mexico in the *Concurso Mercantil* proceedings.

2. As of the date of this order, all discharges of debt and injunctions against enforcement of claims and interests against M&G Mexico granted in the Plan and the Concurso Plan Approval Order shall be and hereby are granted comity and given full force and effect in the United States. Creditors in the United States are hereby enjoined and restrained from commencing, continuing, or enforcing any action or legal proceeding with the territorial jurisdiction of the United States that is inconsistent with the discharges set forth in the Plan and the Concurso Plan Approval Order.

3. Nothing in this Order or in the prior Orders entered by this Court shall bar any action by creditors that is not barred pursuant to the Plan and the Concurso Plan Approval Order.

4. Subject to the terms of this order, the Chapter 15 case of *In re M&G México Holding, S.A. de C.V.,* Bankr. Case No. 19-11223 (MEW), and the Chapter 15 case of *In re M&G*

*Polímeros México, S.A. de C.V.,* Bankr. Case No. 19-11224 (MEW), are hereby closed pursuant to Sections 350 and 1517(d) of the Bankruptcy Code, without prejudice to reopening under Section 350 of the Bankruptcy Code. The Office of the Clerk of the Court is respectfully directed to close these two cases.

5. This Court shall retain jurisdiction with respect to the effect, enforcement, amendment or modification of this Order, the Recognition Orders, and any other request for additional relief in or related to the Chapter 15 Cases.

6. The terms and conditions of this order shall be immediately effective and enforceable upon its entry and shall constitute a final order within the meaning of 28 U.S.C. § 158(a).

**IT IS SO ORDERED.**

Dated: New York, New York
February 25, 2021

**s/Michael E. Wiles**
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE